

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ROBERT R. OCHOA, M.D., | § | No. 08-23-00079-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| ELVIRA AVILA as Permanent Guardian of the Person and as Estate of LETICIA AVILA, | § | of El Paso County, Texas |
| | § | (TC# 2017-DCV-4524) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.